IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FAZAL MALIK, et al., | |
|    Plaintiffs, | CIVIL ACTION NO.: 4:24-cv-280 |
|    v. | |
| URI JADDOU, Director of USCIS; and THE UNITED STATES, | |
|    Defendants. | |

**O R D E R**

Plaintiffs filed this case on December 18, 2024. (Doc. 1.) On July 29, 2025, Plaintiffs filed a Notice of Voluntary Dismissal. (Doc. 10.) Neither Defendant has filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 30th day of July, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA